IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERSON JAIN-MIECELL, | : Civ. No. 1:24-CV-2036 |
| Plaintiff | : |
| v. | : (Chief Magistrate Judge Bloom) |
| UNITED STATES OF AMERICA, | : |
| Defendant. | : |

## ORDER

AND NOW, this 16th day of June 2025, in accordance with the accompanying Memorandum Opinion, IT IS HEREBY ORDERED THAT the plaintiff's motion for summary judgment (Doc. 4) is DENIED, and the defendant's motion to dismiss (Doc. 5) is GRANTED. The Clerk of Court is directed to close this case.

<u>s/ Daryl F. Bloom</u><br>
Daryl F. Bloom<br>
Chief United States Magistrate Judge